IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JACQUELYN L. BROWDER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

Civil Action 2:08-CV-934
Judge Sargus
Magistrate Judge King

## ORDER

On January 11, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this action be remanded for further consideration of the vocational evidence. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security is hereby **REVERSED** and this action is **REMANDED** for further consideration of the vocational evidence.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

2-1-2010
Date

Edmund A. Sargus, Jr.
United States District Judge