AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JACQUELYN L. BROWDER,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-934**

**MICHAEL J. ASTRUE,**    **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**    **MAGISTRATE JUDGE NORAH MCCANN KING**
**SOCIAL SECURITY,**
       **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed February 2, 2010, JUDGMENT is hereby entered REVERSING the decision of the Commissioner of Social Security and REMANDING this action for further consideration of the vocational evidence. This case is DISMISSED.**

Date: February 2, 2010                  JAMES BONINI, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk