IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JACQUELINE L. BROWDER,

    Plaintiff,

vs.

    Civil Action 2:08-CV-934
    Judge Sargus
    Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ["EAJA"], 28 U.S.C. §2412(b), is unopposed and is for that reason **GRANTED**. Doc. No. 26.

Plaintiff Jacqueline L. Browder is **GRANTED** an attorney's fee pursuant to the EAJA, 28 U.S.C. §2412(b) in the amount of Four Thousand One Hundred Two and 02/100 Dollars ($4,102.02).

4-14-2010
Date

Edmund A. Sargus, Jr.
United States District Judge